**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DISTRICT OF DELAWARE**

|  |  |
|---|---|
| MARCIE GENTRY ) ) ) ) Plaintiff ) ) vs. ) TD BANK USA, N.A. AND ZAKHEIM & ) LAVRAR, P.A. ) ) Defendant ) ) | Case No. 1:16-CV-01181-UNA |

**NOTICE OF SETTLEMENT**

Defendant Zakheim & Lavrar, P.A., by and through its undersigned counsel, hereby notifies the Court that it has reached an agreement with Plaintiff Marci Gentry to resolve the above captioned action. The parties will submit a stipulation of dismissal within thirty (30) days of this Notice.

**FOX ROTHSCHILD LLP**

/*s/ Courtney A. Emerson*
Courtney A. Emerson (DE No. 6229)
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
cemerson@foxrothschild.com

*Attorney for Defendant,*
*Zakheim & Lavrar, P.A.*