IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

Marcie Gentry,

                Plaintiff,

    vs.                           No. 1:16-cv-01181-UNA

TD Bank USA, N.A.; et al.,

                Defendants.

### DEFENDANT TD BANK USA, N.A.'S
### NOTICE OF SETTLEMENT

Defendant TD Bank USA, N.A., notifies this Court that the agreement to which the Notice of Settlement (Feb. 2, 2017) [ECF No. 10] refers includes Defendant TD Bank USA, N.A., as well as Defendant Zakheim & Lavrar, P.A.

Dated: February 6, 2017                    **ELLIOTT GREENLEAF, P.C.**

                                              */s/ Shelley A. Kinsella*
                                              Shelley A. Kinsella (Bar No. 4023)
                                              1105 North Market Street, 17th Floor
                                              Wilmington, DE 19801
                                              Telephone: (302) 384-9400
                                              Email: sak@elliottgreenleaf.com

                                              *Attorney for Defendant TD Bank USA, N.A.*