**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Marcie Gentry,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TD Bank USA, N.A.; et al.,<br><br>　　　　　　Defendants. | No. 1:16-cv-01181-RGA |

## STIPULATION OF DISMISSAL

　　IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Marcie Gentry, and Defendant TD Bank USA, N.A., that the above captioned action is dismissed, with prejudice, each party bearing its own fees and costs.

| | |
|---|---|
| **GARIBIAN LAW OFFICES, P.C.** | **ELLIOTT GREENLEAF, P.C.** |
| */s/ Antranig Garibian*_____<br>Antranig Garibian (Bar No. 4962)<br>1010 North Bancroft Parkway, Suite 22<br>Wilmington, DE 19805<br>Telephone: (302) 722-6885<br>Email: ag@garibianlaw.com | */s/ Shelley A. Kinsella*_____<br>Shelley A. Kinsella (Bar No. 4023)<br>1105 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>Phone: (302) 384-9400<br>Email: sak@elliottgreenleaf.com |
| *Attorney for Plaintiff Marcie Gentry* | *Attorney for Defendant TD Bank USA, N.A.* |

April 11, 2017